(June 28, 1946.)

MARGARET EMMONS, as Limited Administratrix of the Estate of STEPHEN EMMONS, Deceased, Respondent, v. ALBERT HIRSCHBERGER et al., Appellants. — Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See ante, p. 1025.]

In the Matter of the Application of JOHN F. CASSIDY for Admission to the Bar. — Pursuant to permission granted by this court, the applicant personally appeared before the court to make a statement concerning his application for admission to the bar which the court denied on November 13, 1944. (Matter of Cassidy, 268 App. Div. 282.) In effect, the statement constituted a motion for reargument of the original application and is so treated by the court. On re-examination of the application, the court adheres to its original decision, and the application is denied. Carswell, Johnston, Adel and Aldrich, JJ., concur; Hagarty, J., dissents and votes to grant the application.

ESSIE MONDRUS, Respondent, v. SALT HAVEN CORPORATION, Appellant, et al., Defendants. — Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See ante, p. 1030.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOMINICK J. CALDERAZZO et al., Appellants, against MUNROE STINER et al., Constituting the Board of Review of the Town of Mamaroneck, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See ante, p. 1019.]

WILLIAM STILLPASS, as Administrator with the Will Annexed of the Estate of CELIA COHEN, Deceased, Appellant, v. SAMUEL N. SOLOFF et al., Respondents. — Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See ante, p. 950.]

ANNA WEBER, Respondent, v. NATHAN RICHTER et al., Appellants. — Motion for reargument of motion denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See 269 App. Div. 961, 1037.]

HAROLD C. WEINER, Respondent, v. BEST HOMES, INC., Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See ante, p. 1034.]